IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ADAM ATKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00054-P-BP |
| | § | |
| FORT WORTH | § | |
| POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff attempted to amend his complaint by changing the named defendant from "Fort Worth Police Department" to "The City of Fort Worth." *See* ECF No. 39. This change does not cure the deficiencies in Plaintiff's Complaint and will not constitute an objection to the Magistrate Judge's Recommendation. The Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss, ECF No. 18, is **GRANTED**. Plaintiff's state law claims against Defendant are **DISMISSED WITHOUT PREJUDICE** so that Plaintiff may file his state law claims in the appropriate court. Plaintiff's federal law claims against Defendant are **DISMISSED WITH PREJUDICE.**

**SO ORDERED** on this **31st day** of **August, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE